389 A.2d 171

Commonwealth v. Jackson, Appellant.

Submitted March 21, 1977. Joan Saltzman, Assistant Defender, for appellant; Alan M. Herman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents because he believes that appellant should have been allowed to file specific, rather than boiler-plate, post-verdict motions.

WATKINS, former P. J., did not participate in the consideration or decision of this case.